**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1379**

TERENCE GRAY,

        Plaintiff - Appellant,

     v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:13-cv-00615-BO)

Submitted: September 29, 2014     Decided: October 21, 2014

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terence Gray, Appellant Pro Se. Leo Rufino Montenegro, Assistant Regional Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Gray appeals the district court's order upholding the Commissioner's denial of Gray's application for supplemental security income. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gray v. Colvin, No. 5:13-cv-00615-BO (E.D.N.C. Mar. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED